HEATHER E. WILLIAMS, #122664
Federal Defender
SANDHYA NADADUR, #361807
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
LUIS ANTONIO PEREZ SIGALA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LUIS ANTONIO PEREZ SIGALA,

Defendant.

Case No. 2:26-cr-00150-JAM

**SECOND STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**

DATE: November 10, 2026
TIME: 9:00 a.m.
JUDGE: Hon. John A. Mendez

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney, Eric Grant, through Special Assistant United States Attorney James Langston, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Sandhya Nadadur, attorney for defendant LUIS ANTONIO PEREZ SIGALA, that the previously scheduled status conference date of November 10, 2026, be continued to **March 9, 2027** at 9:00 a.m. The reason for the continuance is that defense counsel needs time to conduct an investigation, review additional discovery and to discuss possible resolutions with her client.

The parties agree the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel. The parties agree the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in

a speedy trial.

The parties request the time up to and including March 9, 2027, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) and General Order 479, (Local Code T4).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 22, 2026

*/s/ Sandhya Nadadur*
SANDHYA NADADUR
Assistant Federal Defender
Attorney for Defendant
LUIS ANTONIO PEREZ SIGALA

Date: October 22, 2026

*/s/ James Langston*
JAMES LANGSTON
Special Assistant U.S. Attorney
Attorneys for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 9, 2027, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) and General Order 479, (Local Code T4). It is further ordered the November 10, 2026 status conference shall be continued until **March 9, 2027, at 9:00 a.m.**

**IT IS SO ORDERED.**

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

Dated: October 26, 2026